**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-30487
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JUAN LEE LOPEZ,

Defendant-Appellant.

Appeal from the United States District Court
For the Western District of Louisiana
(90-CR-60002)

January 17, 1996

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Juan Lee Lopez ("Lopez") filed a motion to modify and correct his sentence pursuant to 18 U.S.C. § 3582, which the district court denied. Lopez argues on appeal that he should be resentenced under Amendments 484 and 371 of the United States Sentencing Guidelines, and that the district court misapplied the guidelines and sentenced him based on unreliable evidence. Having reviewed

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the record and briefs before this court, we have determined that Lopez's arguments are without merit.

AFFIRMED.